IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

R. MICHAEL DeSALLE,

     Plaintiff

v.

COLUMBIA COLLEGE CHICAGO,

     Defendant.

Case No.  12 CV 04923

Judge Blanche M. Manning

### DEFENDANT COLUMBIA COLLEGE CHICAGO'S AGREED
### MOTION FOR AN EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD

Defendant, Columbia College Chicago ("Columbia") by and through its undersigned attorneys, respectfully requests that the Court grant it an additional seven (7) day extension of time, up to and including, September 26, 2012, to file its Answer or otherwise respond to Plaintiff R. Michael DeSalle's ("Plaintiff") Complaint.  Columbia states the following in support of this Agreed Motion:

1.      At present, an Answer or other responsive pleading is due on September 19, 2012.

2.      Columbia has recently retained counsel to represent it in this matter, who are currently in the process of investigating and responding to the allegations of the Complaint.

3.      On September 11, 2012, counsel for Plaintiff agreed to allow Columbia an extension of time of an additional 7 days, up to and including September 26, 2012, to file its Answer or other responsive pleading.

4.      This Motion is not brought for purposes of causing any undue delay in this matter, and Plaintiff will not suffer any undue prejudice if Columbia is granted an additional seven (7) day extension of time to file an Answer or otherwise respond to Plaintiff's Complaint.

87209-0001/LEGAL24639627.1

-2-

WHEREFORE, Defendant Columbia College Chicago respectfully requests an additional

seven (7) day extension of time, up to and including September 26, 2012, to file an Answer or

otherwise respond to Plaintiff's Complaint.

Dated: September 11, 2012                              Respectfully submitted,

                                                      **PERKINS COIE LLP**


                                                      By: /s/ Jeannil D. Boji

                                                      Craig T. Boggs (ARDC # 06198435)
                                                      Jeannil D. Boji (ARDC # 06292419)
                                                      PERKINS COIE LLP
                                                      131 South Dearborn Street, Suite 1700
                                                      Chicago, IL 60603-5559
                                                      Telephone: (312) 324-8400
                                                      Facsimile: (313) 324-9400
                                                      cboggs@perkinscoie.com
                                                      jboji@perkinscoie.com

                                                      *Attorneys for Defendant*

-2-

-3-

## CERTIFICATE OF SERVICE

I hereby certify that on September 11, 2012, I electronically filed the attached Agreed Motion for an Extension of Time to Answer or Otherwise Plead with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to all counsel of record.


By: /s/ Jeannil D. Boji

87209-0001/LEGAL24639627.1