IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| R. MICHAEL DESALLE, ) | |
| ) | |
| Plaintiff, ) | Case No. 1:12-CV-04923 |
| ) | |
| v. ) | Judge Sharon Johnson Coleman |
| ) | |
| COLUMBIA COLLEGE CHICAGO, ) | Magistrate Judge Susan E. Cox |
| ) | |
| Defendant. ) | |
| ) | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff R. Michael DeSalle and Defendant Columbia College Chicago, through their undersigned counsel, hereby stipulate that Plaintiff's claims against Defendant may be dismissed with prejudice. Each party is to bear its own costs and attorneys' fees.

Dated: November 22, 2013

Respectfully submitted,

| | |
|---|---|
| /s/ Jeannil D. Boji | /s/ Caryn C. Lederer |
| One of the Defendant's Attorneys | One of the Plaintiff's Attorneys |
| | |
| Craig T. Boggs (ARDC # 06198435) | Matthew J. Piers (ARDC# 2206161) |
| Jeannil D. Boji (ARDC # 06292419) | Caryn C. Lederer (ARDC# 6304495) |
| Patrick Collins | HUGHES SOCOL PIERS RESNICK & DYM, LTD. |
| PERKINS COIE LLP | |
| 131 South Dearborn Street, Suite 1700 | Three First National Plaza |
| Chicago, IL 60603-5559 | 70 W. Madison St., Suite 4000 |
| Telephone: (312) 324-8400 | Chicago, IL 60602 |
| Facsimile: (313) 324-9400 | Telephone: 312-580-0100 |
| cboggs@perkinscoie.com | mpiers@hsplegal.com |
| jboji@perkinscoie.com | clederer@hsplegal.com |
| | |
| *Attorneys for Defendant* | *Attorneys for Plaintiff* |

**CERTIFICATE OF SERVICE**

I hereby certify that on November 22, 2013, the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification to all counsel of record, including the following:

Craig T. Boggs
Jeannil D. Boji
PERKINS COIE LLP
131 South Dearborn Street, Suite 1700
Chicago, IL 60603-5559
cboggs@perkinscoie.com
jboji@perkinscoie.com

/s/ Caryn C. Lederer
One of the Attorneys for Plaintiff

Matthew J. Piers
Caryn C. Lederer
HUGHES SOCOL PIERS RESNICK & DYM, LTD.
70 W. Madison St. Suite 4000
Chicago, IL 60602
312-580-0100